UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------- X
 BUGSBY PROPERTY LLC,                                          :
                                                               :
                                  Plaintiff,                   :
                                                               :
                 -against-                                     :    19-CV-9290 (VEC)
                                                               :
                                                               :         ORDER
 ALEXANDRIA REAL ESTATE EQUITIES, INC.                         :
 AND JOEL S. MARCUS,                                           :
                                                               :
                                  Defendants.                  :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2019

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 22, 2019, the parties appeared for a conference with this Court;

IT IS HEREBY ORDERED THAT:

The Court will not enter a case management plan at this time. Discovery is STAYED pending the Court's ruling on Defendants' motion to dismiss.

**SO ORDERED.**

Date: November 22, 2019
New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**