**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BUGSBY PROPOERTY LLC,

                Plaintiff,

  -against-                                19 **CIVIL** 9290 (VEC)

                                            **JUDGMENT**

ALEXANDRIA REAL ESTATE EQUITIES,
INC., and JOEL S. MARCUS,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated April 24, 2020, the Defendants' motion to dismiss is granted; the Complaint is dismissed without prejudice; accordingly, this case is closed.

**Dated:**  New York, New York

    April 28, 2020

                                                  **RUBY J. KRAJICK**
                                                 _____
                                                      Clerk of Court
                              **BY:**
                                                        **Deputy Clerk**